# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 25, 2014

## NO. 03-14-00082-CV

**Johnathan Johnson, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE ROSE

This is an appeal from the order signed by the probate court on January 8, 2014. Having reviewed the record, it appears to the Court that Johnathan Johnson has not prosecuted his appeal and did not comply with a notice from the clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.